# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | |
|---|---|
| Case No. SACV 09-579 JVS (ANx) | Date June 9, 2009 |
| Title RSI Home Products, Inc. v. Navigators Insurance Company | |

Present: The Honorable    James V. Selna

| Karla J. Tunis | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:**   (IN CHAMBERS)   Order to Show Cause re Jurisdiction

Navigators Insurance Company ("Navigators") removed this action from Orange County Superior Court on May 14, 2009, asserting diversity jurisdiction. (Notice of Removal, ¶ 4, citing 28 U.S.C. § 1332(a).)

A corporation is a citizen of both its place of incorporation and its principal place of business. 28 U.S.C. § 1331(c)(1).

The Notice of Removal alleges the state of incorporation of plaintiff RSI Home Products, Inc. ("RSI"), but not its principal place of business. Without this information, the Court cannot tell whether diversity jurisdiction has been properly invoked.

Navigators is order to filed an amended Notice of Removal within ten days setting for RSI' principal place of business. A failure to file the amendment may result in dismissal of this action for lack of jurisdiction.

| | 0 : 00 |
|---|---|
| Initials of Preparer | kjt |